# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DON MERCELEANY R. MAXWELL/ G-DOFFEE**  PLAINTIFF
**ADC #108778**

v.   Case No. 5:19-cv-00225 BSM

**MELVIN J. WOOTEN, Sergeant,**
**Arkansas Department of Correction**
**Maximum Security Unit,** *et al.*   DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge J. Thomas Ray [Doc. No. 13] has been received. After reviewing the record *de novo*, the RD is adopted. Maxwell/G-Doffee may proceed with his retaliation claims against Sergeant Melvin Wooten, Felicia Bentley, and John or Jane Doe. Service is ordered on Wooten and Bentley. Service cannot be ordered on Doe until Maxwell/G-Doffee provides his or her name and service address. After the named defendants file an answer, a scheduling order will be issued that sets a deadline for Maxwell/G-Doffee to file a motion for service containing the identity and service address of Doe.

Maxwell/G-Doffee's remaining claims are dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith.

Maxwell/G-Doffee's motion for copies [Doc. No. 12] is granted. The clerk is directed to send Maxwell/G-Doffee a copy of the docket sheet, as well as copies of docket entries 3, 4, and 13, and a copy of this order. Maxwell/G-Doffee's motion to extend time [Doc. No.

14] is granted.

IT IS SO ORDERED this 21st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE