IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DON MERCELEANY R. MAXWELL/ G-DOFFEE**     **PLAINTIFF**
**ADC #108778**

v.     CASE NO. 5:19-CV-00225-BSM

**MELVIN J. WOOTEN, Sergeant,**
**Arkansas Department of Correction**
**Maximum Security Unit,** *et al.*     **DEFENDANTS**

## ORDER

After carefully reviewing United States Magistrate Judge J. Thomas Ray's proposed findings and recommendations (RD) [Doc. No. 54] and the entire record, the RD is adopted. Defendant Melvin Wooten's motion for summary judgment [Doc. No. 28] is granted, and all of Maxwell's claims against Wooten and defendant Doe are dismissed without prejudice.

Maxwell's motion for an extension [Doc. No. 59] is denied. *See* Doc. Nos. 56, 58.

IT IS SO ORDERED this 28th day of May, 2021.

                                   /s/ Brian S. Miller
                                   UNITED STATES DISTRICT JUDGE