# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DON MERCELEANY MAXWELL/G-DOFFEE**  **PLAINTIFF**
*ADC #108778*

v.  **CASE NO. 5:19-CV-00225-BSM-JTR**

**FELECIA BENTLEY**  **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 89] is adopted. Felecia Bentley's motion for summary judgment [Doc. No. 66] is granted, and Maxwell/G-Doffee's claims against her are dismissed with prejudice. Maxwell/G-Doffee's motion for copies [Doc. No. 88] is granted, and the clerk is directed to send Maxwell/G-Doffee copies of Doc. No. 89, the docket sheet, and this order. The clerk is also directed to terminate this case.

IT IS SO ORDERED this 6th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE