IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DON MERCELEANY MAXWELL/G-DOFFEE**　　　　　　　　　**PLAINTIFF**
*ADC #108778*

v.　　　　　　　　　CASE NO. 5:19-CV-00225-BSM-JTR

**FELECIA BENTLEY**　　　　　　　　　　　　　　　　**DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 6th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE